## DEREK J. JACKSON *v.* COMMISSIONER OF CORRECTION
### (14405)

Landau, Spear and Hennessy, Js.

Argued January 16—decision released February 13, 1996

*Mark Rademacher*, special public defender, with whom, on the brief, was *Paula Mangini Montonye*, assistant public defender, for the appellant (petitioner).

*Roland G. Weller*, deputy assistant state's attorney, with whom, on the brief, were *Michael Dearington*,

state's attorney, and *Christopher Alexy*, assistant state's attorney, for the appellee (respondent).

PER CURIAM. The judgment is affirmed.